IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN VLASICH,

                  Plaintiff,

v.

J. NEUBARTH, et al.,

                  Defendants.

No. 1:07-cv-01760 AWI-GSA (PC)

**ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE DEFENDANTS' RESPONSIVE PLEADING TO THE COMPLAINT**

      The application of Defendants Hasadsri and Neubarth for a thirty-day extension to file their responsive pleading to the Complaint is granted.

      Defendants shall file their responsive pleading on or before October 22, 2008.

IT IS SO ORDERED.

**Dated:   September 30, 2008**          /s/ Gary S. Austin
                                                             UNITED STATES MAGISTRATE JUDGE