# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Vlasich, | ) No. CV 1:07-1760-SMM |
|     Plaintiff, | ) **ORDER** |
| vs. | ) |
| J. Neubarth, et al., | ) |
|     Defendants. | ) |

Before the Court is Plaintiff's Motion for Voluntary Dismissal (Doc. 24). Plaintiff requests that Defendant T. Hasadsri be dismissed from the case because Plaintiff does not have enough evidence to show that this Defendant was deliberately indifferent to his medical needs. Defendant Hasadsri has not filed a response.

Federal Rule of Civil Procedure 41(a)(2) provides:

> [A]n action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper. If a counterclaim has been pleaded by a defendant prior to the service upon the defendant of the plaintiff's motion to dismiss, the action shall not be dismissed against the defendant's objection unless the counterclaim can remain pending for independent adjudication by the court. Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice.

Fed. R. Civ. P. 41(a)(2). Under this rule, if the defendant has answered or filed a dispositive motion, a plaintiff may not dismiss an action except by court order and under such terms and conditions as the court deems proper.[1] The decision whether to grant the motion rests within

---

[1] Defendants filed a motion for summary judgment on August 17, 2009 (Doc. 20) and no stipulation of dismissal has been submitted by the parties; thus, Rule 41(a)(2) is the

the discretion of the court. Sams v. Beech Aircraft Corp., 625 F.2d 273, 277 (9th Cir. 1980). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001) (citations omitted).  The Ninth Circuit has defined legal prejudice as "just that-prejudice to some legal interest, some legal claim, some legal argument." Westlands Water Dist. v. United States, 100 F.3d 94, 97 (9th Cir. 1996). "[T]he expense incurred in defending against a lawsuit does not amount to legal prejudice." Id.  Here, Defendant has not filed a response, and thus, no legal prejudice is claimed if Plaintiff's motion is granted.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for Voluntary Dismissal (Doc. 24).

**IT IS FURTHER ORDERED** dismissing the present suit without prejudice against Defendant T. Hasadsri only.

DATED this 13th day of October, 2009.

_____
Stephen M. McNamee
United States District Judge

---

appropriate rule.